IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD RIDLEY, #276808, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:11cv504-MHT |
| ) | (WO) |
| GARY HETZEL, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

The petitioner's motion for leave to proceed *in forma pauperis* is GRANTED.

The petitioner has filed the above-captioned action for habeas corpus relief pursuant to 28 U.S.C. § 2254. On the first page of his petition (Doc. No. 1), the petitioner indicates that he is challenging a judgment of conviction entered on February 14, 2011, by the Circuit Court of Pike County, Alabama. However, the grounds for relief stated by the petitioner in the body of his petition relate only to actions of state courts in Georgia and Florida and make no mention of the petitioner's 2011 Pike County, Alabama, conviction. Habeas corpus relief pursuant to 28 U.S.C. § 2254 is available to a state prisoner who challenges the constitutionality of the basis of his state custody. *See, e.g., Preiser v. Rodriguez*, 411 U.S. 475, 504-05 (1973); *Thomas v. Crosby*, 371 F.3d 782, 786-87 (11th Cir. 2004); 28 U.S.C. § 2254(a). In the petitioner's case, it appears that the basis of his state custody is his 2011 Pike County, Alabama, conviction. Accordingly, it is

ORDERED that on or before July 19, 2011, the petitioner shall file with this court an

amendment to his § 2254 petition that clearly states **each ground on which he challenges his 2011 Pike County, Alabama, conviction** and sets forth the specific facts supporting each ground.

The petitioner is cautioned that his failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed.

Done this 28th day of June, 2011.

/s/Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE