IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD RIDLEY, #276808, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:11cv504-MHT |
|  | ) (WO) |
| GARY HETZEL, et al., | ) |
| Respondents. | ) |

**ORDER AND OPINION**

On August 29, 2011, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation (Doc. # 6) of the magistrate judge is adopted.

It is further ORDERED that the motion to appoint counsel (Doc. # 1) is denied.

Done this the 22nd day of September, 2011.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE